UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **OXFORD REALTY GROUP, LLC and TOV REALTY CO., a General Partnership whose partners are TOV MANOR ASSOCIATES, LP and TOV MANOR CORP.,**<br><br>Plaintiffs,<br><br>v.<br><br>**AXIS REINSURANCE CO., PRIVATUS, ARCH INSURANCE GROUP, INC., ARCH SPECIALTY INSURANCE CO.,**<br><br>Defendants. | 08-CV-6303 (WJM)<br><br>**ORDER** |

A Report and Recommendation was filed by Magistrate Judge Mark Falk on April 9, 2009, recommending that Plaintiffs' motion to remand this action to state court be granted. The parties were notified that they had ten days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection or response having been received by this Court, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing,

**IT IS** on this 11th day of May 2009, hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is

**FURTHER ORDERED** that Plaintiff's motion to remand this action to state court is **GRANTED**.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**